# CARTER H. HARRISON

## v.

# THE CITY OF CHICAGO.

SPECIAL ASSESSMENT—*of a new assessment.* A new special assessment will not be sustained where the record fails to disclose upon what basis it was made.

APPEAL from the Superior Court of Cook county; the Hon. JOSEPH E. GARY, Judge, presiding.

This was an application in the court below for a judgment upon a special assessment warrant issued on a re-assessment, for certain improvements in the city of Chicago. A trial resulting in a judgment in favor of the city, the owner of the property appealed.

Messrs. SPAFFORD, MCDAID & WILSON, for the appellant.

Mr. M. F. TULEY, Corporation Counsel, for the appellee.

Per CURIAM: This judgment must be reversed on the ground that the city collector had no authority to apply for the judgment. The proceedings under the new assessment do not definitely show upon what basis such assessment was made, and, as the case stands, we can not say that they were illegal.

The judgment is reversed and the cause remanded.

*Judgment reversed.*